

**UNITED STATES PROBATION & PRETRIAL SERVICES**
**District of New Hampshire**

# MEMORANDUM

**DATE:** October 4, 2019

**TO:** Honorable Andrea K. Johnstone
U.S. Magistrate Judge

**FROM:** Karin M. Hess
U.S. Probation Officer

**RE:** Tara Karvosky
Dkt. No.: 19-MJ-152-01-AJ

### Report of Bail Violation – No Action Requested

**The probation officer respectfully recommends that the Court take no action at this time to allow the probation officer to address this noncompliance through treatment and increased monitoring. In support of this recommendaiton, the probation officer offers the following information.**

### Release Status

On July 9, 2019, the defendant appeared before Your Honor, pursuant to a warrant that was issued following the filing of a criminal complaint charging her with Conspiracy to Distribute Controlled Substances, specifically 400 Grams or More of a Substance Containing Fentanyl, and Cocaine, in violation 21 U.S.C. §§ 846 and 841(a)(1). At that hearing, she was ordered released on conditions to include pretrial supervision.

### Details of Current Violation

**Condition #8(p):** The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

On September 9, 2019, the defendant provided a urine sample that tested positive for the presence of cocaine through laboratory analysis. She admitted to the use of cocaine on or about September 6, 2019. The defendant is currently attending individual and group substance abuse counseling at the Phoenix House in Keene, NH and receives medication assisted treatment (MAT) for Suboxone. In addition, the probation officer has instructed the defendant to report to the probation office for bi-weekly case management meetings and attend a minimum of two self-help meetings per week.

Angel Wilson (Dkt. #19-CR-7-LM-3)
Report of Bail Violation – No Action Requested
Page 2

Reviewed & Approved by:

/s/ Eric Gray                                              10/04/2019
Eric Gray                                                  Date
Supervising U.S. Probation Officer

*************************************************************************

THE COURT ORDERS

[✓]  No Action
[ ]  The Issuance of a Warrant/Matter Sealed Pending Arrest
[ ]  The Issuance of a Summons
[ ]  Other


_Andrea K. Johnstone_  10/9/2019
Honorable Andrea K. Johnstone          Date
U.S. Magistrate Judge